# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBERT RAMIREZ,            :    No. 323 EAL 2016

         Petitioner      :

                           :    Petition for Allowance of Appeal from
                           :    the Order of the Superior Court

         v.                 :

NANCY GIROUX (SCI ALBION    :
SUPERINTENDENT)            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.